```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
ADEIS M. BROWN, on behalf of herself        CV-05-1621
and all others similarly situated,

                    Plaintiff,

    -against-                               ANSWER

HOUSLANGER & ASSOCIATES, TODD E
HOUSLANGER, WILLIAM HOUSLANGER and
ARIES DATA CORP.,                           (Glasser, J.)
                                            (Gold, M.J.)
                    Defendants.
------------------------------------X
```

Defendant, ARIES DATA COLLECTIONS sued herein as ARIES DATA CORP., by its attorney Arthur Sanders, answers plaintiff's complaint as follows:

1. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "1" of the complaint.

2. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "2" of the complaint.

3. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "3" of the complaint.

4. Defendant admits the allegation contained in Paragraph "4" of the complaint.

5. Defendant admits the allegation contained in Paragraph "5" of the complaint.

6. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "6" of the complaint.

7. Defendant admits that it is engaged in the process of debt collection, but otherwise denies the allegation contained in Paragraph "7" of the complaint.

8. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "8" of the complaint.

9. Defendant admits the allegation contained in Paragraph "9" of the complaint.

10. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "10" of the complaint.

11. Defendant denies the allegation contained in Paragraph "11" of the complaint.

12. Defendant denies the allegation contained in Paragraph "12" of the complaint.

13. Defendant denies the allegation contained in Paragraph "13" of the complaint.

14. Defendant denies the allegations contained in Paragraph "14" of the complaint and all of its sub-parts.

15. Defendant denies the allegations contained in Paragraph "15" of the complaint.

16. Defendant denies the allegation contained in Paragraph "16" of the complaint.

17. Defendant denies the allegation contained in Paragraph "17" of the complaint.

18. Defendant denies the allegations contained in Paragraph "18" of the complaint and all of its sub-parts.

19. Defendant denies the allegations contained in Paragraph "19" of the complaint.

20. Defendant denies the allegation contained in Paragraph "20" of the complaint.

21. Defendant denies the allegation contained in Paragraph "21" of the complaint.

WHEREFORE, defendant, ARIES DATA COLLECTIONS sued herein as ARIES DATA CORP., requests Judgment dismissing the complaint with prejudice and denying all requested relief therein, together with such other and further relief as the Court deems just and proper, including costs and reasonable attorneys' fees.

Dated:   Spring Valley, New York
         April 19, 2005

                                        _____
                                        ARTHUR SANDERS, ESQ. (AS1210)
                                        Attorney for defendant
                                        2 Perlman Drive – Suite 301
                                        Spring Valley NY  10977-5230

```
                              4
                       845-352-7272


TO:   Abraham Kleinman (AK-6300)
      Lawrence Katz (LK-0062)
      Katz & Kleinman PLLC
      Attorney for plaintiff
      626 EAB Plaza
      Uniondale NY  11566-0626
```